# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| SCOTTIE MITCHELL, | : | |
|     Petitioner | : | |
| | : | |
| vs. | : | CIVIL ACTION: 14-0574-KD-N |
| | : | |
| UNITED STATES OF AMERICA, | : | CRIMINAL NO.: 12-0299-KD-N |
|     Respondent. | : | |
| | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge, dated January 8, 2016, made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner Mitchell's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. 58) is hereby **DENIED,** that Grounds One and Two are **DISMISSED** with prejudice, that Ground Three is **DISMISSED** without prejudice, that the Petitioner is found not entitled either to a Certificate of Appealability or proceed *in forma pauperis* on appeal.

**DONE** and **ORDERED** this **19**th day of **February 2016.**

                                       /s/ Kristi K. DuBose
                                       **KRISTI K. DuBOSE**
                                       **UNITED STATES DISTRICT JUDGE**